# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 19-292-08 (JDB)** |
| | : | |
| **v.** | : | |
| | : | **VIOLATION: 21 U.S.C. § 844(a)** |
| **ELGIN THOMAS HOGGARD,** | : | **(Possession of a Controlled Substance)** |
| | : | |
| **Defendant.** | : | |

**I N F O R M A T I O N**

Case: 1:19-cr-00292-8
Assigned To : Bates, John D.
Assign. Date : 6/24/2020
Description: SUPERSEDING Information (A)

The United States Attorney charges that:

## COUNT ONE

On or about May of 2019 through on or about August 2019, within the District of Columbia, **ELGIN THOMAS HOGGARD**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

_____/s/_____
GREGORY ROSEN
Assistant United States Attorney
VA Bar. No. 82584
Violent Crime and Narcotics Trafficking Section
555 4th Street N.W., Room 4104
Washington, D.C. 20530
(202) 252-6932
Gregory.Rosen@usdoj.gov